ROUBION SHORING COMPANY, LLC
AND ROUBION CONSTRUCTION CO.,
LLC

VERSUS

CRESCENT SHORING, L.L.C.,
CHRISTOPHER LYTLE, ALAN J. TUCKER
& THOMAS H. O'NEIL

C/W

ROUBION CONSTRUCTION CO., LLC

VERSUS

CATINA CURTIS AND MARVIN CURTIS,
MICHELET PAUL AND OLGATH
AUGUSTIN PAUL, TRENA M. LAFRANCE,
YVETTE HOPKINS AND CORNELIUS
HURST, SABRINA MORRISON AND
JAMES L. POLLARD, CONNIE WALKER
AND GREGORY FRANCIS WILSON, SR.,
JOYCE LEGAUX AND GERALD WILLARD
STANFORD, LATOYA HILLS AND SHANE
LAGARDE, SR., AND ROLAND RODNEY

NO. 21-CA-237
C/W 21-CA-238

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 13, 2022

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Stephen J. Windhorst, and John J. Molaison, Jr.

**REHEARING DENIED WITHOUT REASONS.**

**JGG**
**SJW**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **01/13/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

# 21-CA-237
**C/W 21-CA-238**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (District Judge)
Gwyneth A. O'Neill (Appellant)

Thomas M. McEachin (Appellant)

Andrea M. Jeanmarie (Appellee)

### MAILED

Raymond B. Landry (Appellant)
Attorney at Law
2341 Metairie Road
Metairie, LA 70001

Kyle Schonekas (Appellant)
Attorney at Law
909 Poydras Street
Suite 1600
New Orleans, LA 70112